UNITED STATES DISTRICT COURT

EASTERN DIVISION

EASTERN DISTRICT OF MISSOURI

FILED

MAR 2 9 2010

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| United States of America, )<br>Plantiff )<br> )<br>vs. )<br> )<br>Jerome Williams, )<br>Defendant ) | Docket Number: 4:09CR00060 RWS |

### ORDER TO WITHDRAW WARRANT

Based on the recommendation of the U.S. Probation Office and for good cause shown, it is hereby ordered that effective March 29, 2010, the Supervised Release Violator's Warrant that was issued on August 18, 2009, be withdrawn and the Term of Supervised Release is terminated effective immediately.

Dated this 29 day of March, 2010.

The Honorable Rodney W. Sipple
United States District Judge